# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| PENSION BENEFIT GUARANTY<br>CORPORATION<br><br>V.<br><br>C&G CONTRACTORS, INC., as plan<br>administrator of the C&G Contractors, Inc.<br>Defined Benefit Pension Plan | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>C08-02107 JSW |

TO: (Name and address of defendant)

Serve:  David Van Hoesen
        Agent for Service of Process
        2 Bel Air Drive
        Orinda, CA 94563

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark R. Snyder, Esq.
Pension Benefit Guaranty Corp.
1200 K Street, N.W., Ste. 340
Washington, D.C. 20005

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  APR 2 3 2008

CYNTHIA LENAHAN
_____
(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                   Date                                  Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br><br>v.<br><br>C&G CONTRACTORS, INC., as plan administrator of the C&G Contractors, Inc. Defined Benefit Pension Plan | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>**C08-02107**<br><br>JSW |

E-filing

TO: (Name and address of defendant)

Serve: Jerry L. Guss
President
C&G Contractors, Inc.
2558 Oliver Avenue
Oakland, CA 94605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark R. Snyder, Esq.
Pension Benefit Guaranty Corp.
1200 K Street, N.W., Ste. 340
Washington, D.C. 20005

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

APR 2 3 2008
DATE

CYNTHIA LENAHAN
(BY) DEPUTY CLERK

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]    DATE |
| Name of SERVER    TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____            _____
                        Date                                              *Signature of Server*

                                                                   _____
                                                                   *Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



PENSION BENEFIT GUARANTY
CORPORATION

v.

C&G CONTRACTORS, INC., as plan
administrator of the C&G Contractors, Inc.
Defined Benefit Pension Plan

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C08-02107

TO: (Name and address of defendant)

Serve:  Jerry L Guss
President
C&G Contractors, Inc.
110 Cashman Circle
Sacramento, CA 95835

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark R. Snyder, Esq.
Pension Benefit Guaranty Corp.
1200 K Street, N.W., Ste. 340
Washington, D.C. 20005

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE APR 2 3 2008

CYNTHIA LENAHAN

(BY) DEPUTY CLERK

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                                 Signature of Server

                                                                    _____
                                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION | **SUMMONS IN A CIVIL CASE** |
| v. | CASE NUMBER:<br>C08-02107 JSW |
| C&G CONTRACTORS, INC., as plan administrator of the C&G Contractors, Inc. Defined Benefit Pension Plan | |

TO: (Name and address of defendant)

Serve: Jerry L. Guss
President
C&G Contractors, Inc.
17622 Big Oaks Grove
Richmond, TX 77469

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark R. Snyder, Esq.
Pension Benefit Guaranty Corp.
1200 K Street, N.W., Ste. 340
Washington, D.C. 20005

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                                        APR 2 3 2008
CLERK                                                                              DATE

**CYNTHIA LENAHAN**

_____
(BY) DEPUTY CLERK

# RETURN OF SERVICE

DATE

Service of the Summons and Complaint was made by me [1]

| Name of SERVER | TITLE |
|---|---|
|  |  |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                            Date                                                            Signature of Server

                                                                              _____
                                                                              Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure